The United States vs. Murillo Good morning Your Honor May it please the court The defendant's sentence is based on Speak up Mr. Murillo I went into the mic so we can hear you Okay, I'm sorry The defendant's sentence is based on 122 documents Do you want to save any time? No Okay, go ahead It was not foreseeable that he would be sentenced Based on that number of documents At trial Three documents Were the only documents That were found to be Documents in his possession That he attempted to get There were numerous Recorded telephone conversations Never once did Mr. Murillo Try and steer any other Clients or Purchasers of documents To His brother Who was a dealer in both documents For other parties The three documents One of them was for himself and the other two were For his girlfriend? That's correct Were they for her personally or did she pass them on to other people? They were for Anna Guerrero personally And what type of documents were they? One was an EAD card And one was a social security card An EAD? What's the first thing? It was an immigration document That would have her Particular information on it As well as a social security card When the district court Sentenced Mr. Murillo to the 100 plus additional documents It enhanced his level by Nine points Which added how much time? I believe At least A couple of years Like 24 months You Want a remand for resentencing After the district court reviews The documents To see how reasonably Foreseeable the other 119 were to appellate, correct? I think that would be fair, yes Would you take a remand without The district court Looking at the documents? Just a remand for resentencing? Yes He'd take any? The other issue I want to discuss Is the Prosecutor's case When he was cross-examining my Client, it was Apparent and pretty clear that He was testifying at that point Without the benefit of Murillo having the opportunity To cross That witness And I think that It resulted in an unfair verdict Because of the actions Of the prosecutor Murillo is only challenging His sentence Of imprisonment Exactly But what is he Really Whatever the brief says What is he challenging? Isn't he challenging My understanding is He's challenging the enhancement Now you say that I think that's A fair Announcement The other aspects of the case Well he served a sentence So that the only relief he can get In terms of sentence Would be the supervisory release Term dropped Lowered to two years Correct? I agree And I think the government argues It's a new period, right? Well we'll ask the government Are you sure you don't want to say it Any time for rebuttal? You're fine with that? After you hear what the government says? All right You're the lawyer And that's all I have for now Well then do you want to save the time you didn't use for rebuttal? I'll save a few minutes, how's that? You may want to It's a long time since I taught law school But you really may want to Okay, that's fine, I will Thank you Mr. Sanders May it please the court I think you were getting at a question You'll have to talk louder and clearer You were asking about whether this Sensing of guilt is true I Do it again You were asking whether This sensing of guilt is true No I wasn't asking I was going to ask you Whether you are Going to continue to argue That it is true If I understood my adversary To say that On resentencing Asked for a reduction We would agree that it's not true That's fine That's all he really can ask for The man who served his sentence I hadn't heard Until this morning But if he is Then it's On what basis Can you justify The enhancement The defendant was convicted of a conspiracy You know there's something wrong with the mic There's something wrong with the microphone How about I'll step away from the mic That might be better Both loud The defendant was convicted of a conspiracy To transfer false documents He knew his brother was a broker He knew business was good The record shows his brother saying to him I'm always getting his client And in fact his brother couldn't procure a document For him when he wanted one Because Hector Martinez was out of supply And wouldn't have one for another month We know right there That this isn't just a one-off case This conspiracy is moving They have customers But the defendant Knew his brother was busy But he wasn't part of the business was he Well he was part of the business He was a customer But did he bring in other customers Did he try to find customers Did he try to get to know Who was getting these documents He certainly got a document for Anna Gabera For his girlfriend Who was living with him right Yes If she'd been married to him Would you take a different position That well it's part of the family But his brother is part of the family too And here's the critical... Well I mean my brother may do all sorts of things I hope I'm not going to be held responsible for I hope so too Are you saying that the others That you're talking about is Anna That's one For sure that we know about The other is that and here's the critical fact I don't see any discussion in this record You say that's one that we know about The burden of proof is on you isn't it That's correct And did you prove there were any others Well there's a fair inference From the record What did you say There's a fair inference from the record It's a preponderance burden that applies And it's reviewed under a clearly erroneous standard There's no discussion of price But he's getting these documents free But that's not the question The questions are How can you enhance As to Mr. Murillo For others when there's no proof That he knew of the others And that he had Leaving aside his girlfriend And that he had any connection With the others That he knew from his brother That his brother wasn't just in the business Okay he was in the business But what did he do or what was his knowledge With respect to this Rather substantial enhancement The evidence is circumstantial I mean we argue in our brief That he's already Acted as a broker Because he's gotten the documents from somebody else Wait a minute Somebody else is the woman he was living with That's correct There are two questions here What is the scope of the conspiracy And for guideline sentence What did he Agree to do What did he Agree to do He agreed that he wanted And did whatever was necessary To get documents for himself And Anna Correct There are two different issues There's a broader conspiracy But he didn't agree to participate In any of that Let me ask the question this way What additional evidence Could you present At a resentencing To support a finding That the additional Documents were Within the scope of The defendant's agreement Well that's That's a question In the brief there's nothing And you had an opportunity To do that before Why should you get another opportunity To do that now I mean when you came in And asked for the enhancement You had the opportunity To show the district judge That The enhancement Was merited because What And you did I can't find anything in the record To show that Your Honor If that's the panel's view That the government should get a second crack at it That's the panel's view Why should the government get a second crack at it Is what I'm asking Yeah but why do you You're the government You represent the government Why do you think you're entitled to a second crack at it The defendant is not Asking the court to vacate the case Completely His challenge in the brief as I understood it Was that the district court didn't make adequate findings To support the enhancement The relief he's asking for is to ask To allow the district court To do a better job on remand Well that's why I gave him three minutes So he can tell us what He's asking And I think he did respond affirmatively To my question whether he'd just take a re-sentencing And he said yes Without the findings What's our standard of review on this Well It's clearly erroneous It's a factual finding as to whether the conspiracy involved A certain amount of documents No I don't think that's the question That's the scope of the conspiracy For guidelines sentencing For guidelines purposes we look at the scope of his agreement Don't we For relevant conduct That's correct But that's the finding the district court made The scope of the agreement And this court is supposed to review if it has an adequate record I think the defendant's point is that there isn't an adequate record I have only three minutes left May I move But the fact that there isn't an adequate record doesn't mean That you should be able to enhance the record The fact that there isn't an adequate record Is a demonstration That the district court On insufficient facts Came to a conclusion that wasn't warranted And your honor If that's your position then we Well we don't tell you our position We ask questions I know If there isn't the factual support in the record Then we obviously can't get We shouldn't get a do over the second time around And I'm not disputing that I have only two and a half minutes left I'd like to move to the The prosecutorial misconduct issue That my adversary adverted to Well I thought he wasn't pressing that Now I mean I thought when I asked him he said The whole issue was The enhancement Okay All right so you talk about whatever you want I mean if he's not pressing it I'm not going to Push the issue but I If the panel doesn't have any other questions about that Well you can tell us what you want No I just want to stress that that's being reviewed In plain error I read the record last night The questions were designed to focus The defendant on the meeting That the prosecutor was referring to There was a suggestion in the reply That the prosecutor was somehow bringing Evidence before the jury that he couldn't otherwise Have gotten in That's not correct We had a proper agreement The defendant knew that if he testified contrary to his Procession that he could be prosecuted on him And they could come in and rebuttal it Although we didn't put it in He hasn't met a burden That's probably about it If you have no other questions Thank you Thank you Would you like to take your three minutes Good The The I tried this case I know the facts First of all let me ask you Is it correct That the only issue That you're raising on appeal Irrespective of what you may have put in the brief Is the question of the Enhancement Yes There is no additional evidence That my client Possessed Any other documents Except for the three documents That were reviewed That's it There's no proof that he was involved in any conspiracy To further the underlying What about his knowledge Of what the Conspiracy consisted of What his busy brother was doing It's not relevant What his brother Does is of no consequence to him He's not doing his brother on that level Is there any evidence By which one could find That He signed Into what the brother was doing No Thank you Thank you We will take the matter Under advisement And hear counsel Can we get the sound system I don't know Can we get the sound system The people in the back Can you hear anything That's going on Okay We'll work with it Here comes somebody You can work on it You set it up Okay In the meantime we can have counsel Wait a minute This is still court people Excuse me Meanwhile counsel Can take their seats There seems to be some problem The microphone There's an echo I guess We hear them louder Away from the microphone Than we do talking through the microphone